1  William M. Audet (CA 117456)
   ALEXANDER, HAWES & AUDET LLP
2  221 Main Street, Suite 1460
   San Francisco, CA 94105
3  Telephone: (415) 982-1776
   Facsimile: (415) 567-1776
4
   MICHAEL E. SCHMIDT,
5  THE SCHMIDT FIRM
   2911 Turtle Creek Blvd, Suite 1400
6  Dallas, Texas 75219
   Telephone: (214) 521-4898
7  Facsimile: (214) 521-9995

8  Attorneys for Plaintiff, Carolyn Graham

              UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. C 06-0123 (CRB)<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| CAROLYN GRAHAM<br><br>         Plaintiffs,<br><br>vs.<br><br>G.D. SEARLE & CO.; PHARMACIA CORPORATION (aka PHARMACIA PHARMACEUTICAL CORPORATION); MONSANTO COMPANY; and, PFIZER, INC.,<br><br>         Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, **CAROLYN GRAHAM** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
2  fees and costs.

DATED: 10/14, 2009         ALEXANDER, HAWES & AUDET LLP

By: _____
   WILLIAM M. AUDET   Adel A. Nadji
   Attorneys for Plaintiff Carolyn Graham

DATED: October 14, 2009    THE SCHMIDT FIRM

By: _____
   MICHAEL E. SCHMIDT
   Attorneys for Plaintiff Carolyn Graham

DATED: 10-15, 2009         ROBINSON, CALCAGNIE & ROBINSON

By: _____
   MARK P. ROBINSON, JR.
   Attorneys for Plaintiff Carolyn Graham

DATED: Oct. 22, 2009       DLA PIPER LLP (US)

By: _____/s/_____
   Matt Holian
   Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**